| | | | |
|---|---|---|---|
| Com. v. Roberts–Paladino | 1468 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 06/09/2016 | CP–04–CR–0000437–<br>2015<br>(Beaver) |
| Com. v. French | 1554 WDA 2015<br>Affirmed | 06/09/2016 | CP–53–MD–0000085–<br>2015<br>(Potter) |
| In re E.B.; Appeal of D.B. | 1590 WDA 2015<br>Affirmed | 06/09/2016 | CP–02–AP–072–2015<br>(Allegheny) |
| In re T.B.C.; Appeal of D.B. | 1595 WDA 2015<br>Affirmed | 06/09/2016 | CP–02–AP–073–2015<br>(Allegheny) |
| In re C.S., Jr.; Appeal of D.B. | 1598 WDA 2015<br>Affirmed | 06/09/2016 | CP–02–AP–0000074–<br>2015<br>(Allegheny) |
| Com. v. Pearson | 1622 WDA 2015<br>Affirmed | 06/09/2016 | CP–02–SA–0001359–<br>2015<br>(Allegheny) |
| In re Adoption of D.P.; Appeal of M.H. | 1650 WDA 2015<br>Affirmed | 06/09/2016 | 63–15–0176<br>(Washington) |
| Com. v. Allen | 1793 WDA 2015<br>Affirmed | 06/09/2016 | CP–07–CR–0002469–<br>2006<br>(Blair) |
| Com. v. Chess | 1941 WDA 2015<br>Affirmed | 06/09/2016 | CP–26–CR–0002252–<br>2014<br>(Fayette) |
| Com. v. Clark | 2706 EDA 2014<br>Affirmed | 06/10/2016 | CP–51–CR–0003151–<br>2012<br>(Philadelphia) |
| Com. v. Bailey | 3349 EDA 2014<br>Affirmed | 06/10/2016 | CP–51–CR–0005380–<br>2007<br>(Philadelphia) |
| Com. v. Martinez | 520 EDA 2015<br>Reversed and<br>Remanded | 06/10/2016 | CP–51–CR–0010891–<br>2007<br>(Philadelphia) |
| Ramirez v. Giroux | 1898 EDA 2015<br>Affirmed | 06/10/2016 | CP–51–CR–0206171–<br>1999<br>(Philadelphia) |
| Com. v. Spurell | 2477 EDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 06/10/2016 | CP–23–CR–0004494–<br>2012<br>(Delaware) |
| Com. v. Minor | 2515 EDA 2015<br>Affirmed | 06/10/2016 | CP–51–CR–0402601–<br>2004<br>(Philadelphia) |
| In re Adoption of D.S. | 3281 EDA 2015<br>Vacated and<br>Remanded | 06/10/2016 | No. 11 OCA 2015<br>(Pike) |
| Com. v. Parrish | 144 EDA 2016<br>Affirmed | 06/10/2016 | CP–51–CR–0513401–<br>1983<br>(Philadelphia) |